**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GABRIELA PTASINSKA,** on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF STATE,** <br> **CONDOLEZA RICE,** in her official capacity as Secretary of State of the United States, <br> **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** <br> **MICHAEL CHERTOFF,** in his official capacity as Secretary of the Department of Homeland Security, <br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** <br> **EMILIO T. GONZALEZ,** in his official capacity as Director of the United States Citizenship and Immigration Services, <br> **F. GERARD HEINAUER,** in his official capacity as Director of the United States Citizenship and Immigration Services Nebraska Service Center, <br><br> Defendants/Respondents. | No. 07CV03795 <br> Judge Kocoras <br><br> **DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12** |

COME NOW the defendants, by and through the undersigned counsel, and move to dismiss plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(1), (6). In support of this motion, the defendants state:

1). The Complaint should be dismissed pursuant to Fed. R. Civ. P.12(b)(1) for lack of subject matter jurisdiction, as none of plaintiff's claims are ripe for review.

2). Further, plaintiff has failed to state a claim upon which relief may be granted, on any of the causes of action listed in their Complaint; thus, defendants also move to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6).

3). Defendants have filed a memorandum in law in support of their position which is submitted herewith.

Dated: August 9, 2007

                                      Respectfully submitted,

| | |
|---|---|
| PATRICK J. FITZGERALD<br>United States Attorney | PETER D. KEISLER<br>Assistant Attorney General |
| CRAIG OSWALD<br>Assistant U.S. Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 886-9080 | DAVID KLINE<br>Principal Deputy Director<br><br>By: s/Elizabeth J. Stevens<br>ELIZABETH J. STEVENS<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>1331Pennsylvania Avenue, N.W.<br>Washington, D.C. 20044<br>(202) 616-9752<br><br>DEITZ LEFORT<br>Trial Attorney |

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12**

was served pursuant to the district court's ECF system as to ECF filers on August 9, 2007, to the following ECF filers:

**Linda M. Babich, Esq.**
**Glenn Seiden, Esq.**
**Robert Ray Gard, Esq.**
**Roland C. Lara, Esq.**
**Sara M. Collins, Esq.**
**Azulay, Horn & Seiden LLC**
**205 North Michigan Avenue**
**40th Floor**
**Chicago, Illinois 60601**
**(312) 832-9200**

Served by regular mail to:
**Judd Azulay, Esq.**
**Azulay, Horn & Seiden LLC**
**205 North Michigan Avenue**
**40th Floor**
**Chicago, Illinois 60601**
**(312) 832-9200**

/s ELIZABETH J. STEVENS
ELIZABETH J. STEVENS
Senior Litigation Counsel